UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA

       -v-                            VIOLATION OF SUPERVISED
                                         RELEASE
DAVID GREENBERG                CR-00-807 (ARR)
        DEFENDANT.
------------------------------X
ROSS,J.

    Whereas the defendant having pled guilty on <u>8/29/00</u> in the United States District Court for the Eastern District of New York to violation of <u>21 USC 846</u> and having been sentenced on <u>8/06/02</u>

    Now, the defendant having appeared in Court on <u>5/11/06</u> and having been represented by <u>EVANS PRIESTON</u> and the United States having been represented by Assistant U.S. attorney <u>JED DAVIS</u> and the defendant having pled guilty of violating the terms of his probation, it is now,

    Ordered & Adjudged that the defendant be sentenced as follows: <u>Deft is sentenced to eighteen (18) months incarceration. It is recommended that the deft's eighteen months incarceration imposed by the Federal court run concurrently with a</u>**ny state sentence to be imposed.**

    It is further Ordered that the Clerk of the Court deliver certified copies of this order to the United States Marshal, United States Attorney, United States Probation Department & Pretrial Service Agency, all for the Eastern District of New York.

dated:<u>5/11/2006</u>

                                                             _____
                                                              United States District Judge
                                                              Allyne R. Ross